**Order filed June 20, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00926-CR
_____

**JEREMY HENDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1542817**

---

## ORDER

Appellant is represented by appointed counsel, **Inger H. Chandler**. Appellant's brief was originally due March 7, 2019. We have granted a total of 92 days to file appellant's brief until June 7, 2019. When we granted the last extension, we noted no further extensions would be granted absent exceptional circumstances. No brief was filed. On June 7, 2019, counsel filed a further motion for extension of time to file appellant's brief. The motion alleged no exceptional circumstances.

We deny the motion for extension and issue the following order.

We order Inger H. Chandler to file a brief with the clerk of this court on or before **July 8, 2019**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.